# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| ANITA RICHARDSON, AS ASSIGNEE OF CHESTNUT HILL HOSPITAL AND HEALTH SYSTEM, | : | No. 118 EAL 2015 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Respondent | : | the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JOBY KOLSUN, D.O., | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 13th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.